THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARL LAWRENCE KINDLER,            :
                                  :
            Plaintiff,            :
     v.                           :     3:18-CV-2451
                                  :     (JUDGE MARIANI)
COMMISSIONER OF SOCIAL SECURITY,: 
                                  :
            Defendant.            :

## ORDER

AND NOW, THIS _____ DAY OF DECEMBER, 2020, upon review of

Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 10) for clear error

or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 10) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to

   Fed. R. Civ. P. 4(m) for failure to serve the Complaint.[1]

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge

_____

[1] The R&R in this action was issued over one year ago. Since that time, no objections have been filed to the pending R&R and no motion for substitution has been filed by the decedent's successor, representative, administrator or executor. These facts support a finding that this action also may be dismissed for failure to prosecute and that it has been abandoned.